# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO LUCIANO-MOSQUERA, | Case No. CV 11-563 R (MRW) |
|     Petitioner, | |
| vs. | JUDGMENT |
| LINDA SANDERS, Warden, | |
|     Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: _August 25, 2011_

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE